IN THE UNITED STATES DISTRICT COURT FOR RECEIVED
THE MIDDLE DISTRICT OF ALABAMA

2005 JUL 20  A 10: 24

Paul Lawrence Reynolds, 224554 )
Full name and prison number )
of plaintiff(s) )
)
v. )
)
Genva County Jail )
)
Greg Ward )
)
_____ )
)
_____ )
)
_____ )
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

CIVIL ACTION NO. 1:05CV 666-T
(To be supplied by Clerk of
 U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.   Have you begun other lawsuits in state or federal court
         dealing with the same or similar facts involved in this
         action?  YES (   )  NO (   )

    B.   Have you begun other lawsuits in state or federal court
         relating to your imprisonment?  YES (   )  NO (   )

    C.   If your answer to A or B is yes, describe each lawsuit
         in the space below.  (If there is more than one lawsuit,
         describe the additional lawsuits on another piece of
         paper, using the same outline.)

         1.   Parties to this previous lawsuit:

              Plaintiff(s) _____

              _____

              Defendant(s) _____

              _____

         2.   Court (if federal court, name the district; if
              state court, name the county) _____

              _____

3.   Docket number _____

4.   Name of judge to whom case was assigned _____

_____

5.   Disposition (for example:  Was the case dismissed?
     Was it appealed?  Is it still pending?) _____

_____

6.   Approximate date of filing lawsuit _____

7.   Approximate date of disposition _____

II.   PLACE OF PRESENT CONFINEMENT _____

_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____

_____

III.   NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR
       CONSTITUTIONAL RIGHTS.

       NAME                                    ADDRESS

1.   Cal Bowel, Geneva co Jail Administrator  P.O. Box 115

2.   Mr weeks Geneva co Jail Co1

3.   Mrs Amber Geneva co Jail marton

4.   _____

5.   _____

6.   _____

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

_____

V.   STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION
     THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:  There do not went To Take me
To The doctor

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.    (State as best you can the time, place and manner and person involved.)**

I Slipped come out of The Shower and hurt my back and I ask Them To Talk me To The doctor and They have not did it my back is hurt bad it is hard For me To get out of bed

**GROUND TWO:** _____

_____

**SUPPORTING FACTS:** _____

_____

_____

_____

_____

_____

**GROUND THREE:** _____

_____

**SUPPORTING FACTS:** _____

_____

_____

_____

_____

_____

3

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
      MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

all medical expenses filing fees and resonable expenses
paid plus $20,000.00 phsical + mental anguish

_Paul Laurence Reynolds_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true
and correct.

EXECUTED on  7-11-25 .
                 (Date)

_Paul Laurence Reynolds_
Signature of plaintiff(s)

4