8-4-2005

In The District Court of The United States
For The Middle District of Alabama
Southern Division

Paul L Reynolds                    Civil Action no 1:05 cv 666-T
    Plaintff
V.
Geneva County Jail, et al,
    Defendants.

RECEIVED 2005 AUG -8 A 10:08 DEBRA P. HACKETT, CLERK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

Order

A 42 U.S.C. 1983 action has been Filed by an inmate alleging a violation of civil rights during his confinement in The Houston County Jail. This is not right I am not in Houston County Jail I'm in Geneva County Jail I have not File one of Thes on Houston County Jail I File one on Geneva County Jail because This is were it happing at This is the only Jail I have been in so you put The wrong Thing down because you put V. Geneva County Jail et. Defendants. Then you put Houston County Jail on the bottom so you made a mistake on This Geneva County Jail is were I'm in.