**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mrs. Amber
   Geneva County Jail
   PO Box 115
   Geneva, AL   36340

   CaO  05-666

2. Article Number
   (Transfer from service label)

   7005 1160 0001 3017 3256

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Kenneth Jui_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
   8-5-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Greg Ward
   Geneva County Jail
   PO Box 115
   Geneva, AL    36340

   C & O    05-666

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Kennett Lu_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery  8-5-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1160 0001 3017 3263

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Cal Rowel
   Geneva County Jail
   PO Box 115
   Geneva, AL  36340

   (a) 0    05-666

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Kenneth Lee
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 8-5-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1160 0001 3017 3270

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Weeks
Geneva County Jail
PO Box 115
Geneva, AL   36340

C & O   05-666

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Kennett Jee_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
8-5-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☒ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7005 1160 0001 3017 3287

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540