IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAUL LAWRENCE REYNOLDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05-CV-666-T |
| ) | |
| GENEVA COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of the motion for correction of clerical error filed by the plaintiff on August 8, 2005 (Court Doc. No. 6), in which the plaintiff seeks correction of a reference to the Houston County Jail in the order of procedure (Court Doc. No. 5), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the attached page indicating that the instant complaint contains claims arising during plaintiff's confinement in the Geneva County Jail be substituted for page one of the order of procedure.

DONE, this 9th day of August, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PAUL LAWRENCE REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05-CV-666-T |
| | ) | |
| GENEVA COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

A 42 U.S.C. § 1983 action has been filed by an inmate alleging a violation of civil rights during his confinement in the Geneva County Jail. The Magistrate Judge has reviewed the complaint and determined that this pleading cannot be properly and effectively processed by the court without further additional information from the defendants. Accordingly, it is hereby

ORDERED that:

1. The defendants named in the complaint undertake a review of the subject matter of the complaint (a) to ascertain the facts and circumstances; (b) to consider whether any action should be taken by prison officials to resolve the subject matter of the complaint; and (c) to determine whether other similar complaints, whether pending in this court or elsewhere, should be considered together.

2. A written report be filed with the court containing the sworn statements of all