IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PAUL LAWRENCE REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05cv666-T |
| | ) | (WO) |
| GENEVA COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge filed herein on August 2, 2005, said Recommendation is hereby adopted, and it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's claims against the Geneva County Jail are DISMISSED with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

2. The Geneva County Jail is DISMISSED from this cause of action.

3. The remaining claims for relief against defendants Ward, Rowell, Weeks and Amber are REFERRED back to the Magistrate for appropriate proceedings.

DONE, this the 12th day of August, 2005.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE