IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PAUL LAWRENCE REYNOLDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-666-MHT-SRW |
| ) | |
| GENEVA COUNTY JAIL, et al., ) | |
| ) | |
| Defendants. ) | |

---

IN THE UNITED STATES DISTRICT COURT
FOR MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PAUL LAWRENCE REYNOLDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-708-MHT-SRW |
| ) | |
| SHERIFF GREG WARD, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION TO STAY PROCEEDINGS
PENDING RULING MOTION TO CONSOLIDATE**

COME NOW the Defendants in the above styled causes, by and through their undersigned counsel, and move this Court to stay the proceedings in this pending a ruling on their Motion to Consolidate filed October 12, 2005. As grounds therefore, the Defendants state as follows:

1. The Defendants filed a Motion to Consolidate the above-styled causes on October 12, 2005.

2. Special Reports are due to be filed in the above-styled cases on October 24, 2005.

3.	In the interest of judicial economy, the Defendants request a stay for the filing of their Special Reports and Answers.

WHEREFORE, PREMISES CONSIDERED, Defendants move this Court to stay the proceedings pending a ruling on their Motion to Consolidate.

Respectfully submitted this 20th day of October, 2005.

> **s/C. Richard Hill, Jr.**
> C. RICHARD HILL, JR. Bar No. HIL045
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  rhill@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 20th day of October, 2005, I have served the foregoing document on the following:

> Paul Lawrence Reynolds
> AIS# 224554
> Geneva County Jail
> P.O. Box 115
> Geneva, AL 36340

by placing a true and correct copy of the foregoing in the U.S. Mail, postage prepaid.

> **s/C. Richard Hill, Jr.**
> OF COUNSEL

2