IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PAUL LAWRENCE REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05-CV-666-T |
| | ) | |
| GREG WARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| PAUL LAWRENCE REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05-CV-708-T |
| | ) | |
| GREG WARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon consideration of the motions to consolidate filed by the defendants in the above-styled cases on October 12, 2005, and for good cause shown, it is

ORDERED that Civil Action No. 1:05-CV-666-T and Civil Action No. 1:05-CV-708-T be and are hereby consolidated for all further proceedings. It is further

ORDERED that all pleadings, motions, briefs, orders and other documents submitted in the consolidated cases shall henceforth be filed only in Civil Action No. 1:05-CV-666-T.

DONE, this 24th day of October, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE