IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PAUL LAWRENCE REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05-CV-666-T |
| | ) | |
| GREG WARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| PAUL LAWRENCE REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05-CV-708-T |
| | ) | |
| GREG WARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTIONS**

Upon consideration of the motions to stay filed by the defendants in the above-styled causes of action on October 20, 2005, in which the defendants seek a stay for the filing of their written report, and for good cause, it is

ORDERED that these motions be and are hereby DENIED. It is further

ORDERED that the defendants be GRANTED an extension from October 24, 2005 to and including November 14, 2005 to file their written report addressing the claims presented in the above-styled causes of action.

DONE, this 24th day of October, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

.