**Exhibit A**

**Booking Sheet dated March 16, 2005**



# GENEVA COUNTY JAIL
## BOOKING SHEET

Probation Check _____

Warrant Book _34DCC40787.__

Date _3-16-05_____ Time _8:05 AM_____

Name _REYNOLDS_____ _PAUL_____ _L_____
              (LAST)                    (FIRST)          (MIDDLE)

Alias _____

Date of Arrest _3-16-05_____ Social Security No. _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_

Race _B___ Sex _M___ Age _21___ Eyes _BRO___ Hair _BLK___

Ht. _5'9"__ Wt. _150__ DOB _8-22-83_ Photo _✓_ F.P. _____

Address _1606 OLLIE POUNCY RD_____ _CHANCELLOR_, _AL._
              (STREET)              (APT.)        (CITY)              (STATE)        (ZIP)

Telephone _____ I.D. No. _____

NCIC Check _____

Next of Kin _____ Relationship _____

Address _____
              (STREET)              (APT.)        (CITY)              (STATE)        (ZIP)

Charge _FTC____ Bond _NO___ Charge _____ Bond _____

Charge _POSS. OF MARS_ Bond _AD 500_ Charge _____ Bond _____

Charge _____ Bond _____ Charge _____ Bond _____

ARRESTING OFFICER _____ _XXXXX___
                                                              (PLEASE PRINT)

Signature _____

AGENCY _____ _CO.___

BOOKING OFFICER _DONALD W WEEKS___
                                                  (PLEASE PRINT)

## RELEASE INFORMATION

I have received all properties taken from me by the Geneva County Sheriff's Department.

X _Paul Reynolds___
Signature of Person Released

Date of Release _3-30-05_ Time _10:57_ Type of Release _CASH +_

_____
Signature of Releasing Officer

P.O.E.

OCCUPATION                              WARRANT # _34DC040799_

P.O.B.                                          WARRANT # _____

HOLD                                           WARRANT # _____
                                                    WARRANT # _____

# BOOKING SHEET

Inmate Name _____  Date _____ · Time _____

HEALTH SCREENING FORM

1.    Have you ever had or been treated for: (mark box if answer is yes)

☐ a. Asthma                      ☐ g. Alcoholism
☐ b. Heart Trouble               ☐ h. Mental Illness
☐ c. Hypertension                ☐ i. Venereal Disease
☐ d. Diabetes                    ☐ j. Tuberculosis
☐ e. Epilepsy or Seizure         ☐ k. Ulcer
☐ f. Drug Addiction              ☐ l. Faintly of recent head injury
                                 ☐ m. Hepatitis

If any response was yes, please explain and give date of last treatment._____
_____
_____
_____

2.    Are you allergic to anything? _____ N̸ℓ _____ If yes, what? _____
_____
_____

3.    Have you ever been determined to be HIV positive? ___ N̸ℓ ___ If yes, when? _____
_____
_____

4.    Are you currently taking any prescription medication? ___ N̸ℓ ___ If yes, what? _____
_____
_____ For what? _____
_____

5.    Does the inmate require a special diet prescribed by a physician? ___ N̸ℓ ___ If yes, what?_____
_____
_____ For what? _____
_____

6.    Do you have any other medical or mental problem we should know about? ___ N̸ℓ ___ If yes, what?_____
_____
_____

# GENEVA COUNTY JAIL

I, _____ , HAVE BEEN ADVISED BY
THE JAILER OF THE FOLLOWING;


ALL PROPERTY BROUGHT ON TO THE JAIL PREMISES ARE SUBJECT TO SEARCH BY
AUTHORIZED PERSONNEL FOR WEAPONS AND CONTRABAND


ALL INCOMING AND OUTGOING MAIL MAY BE CENSORED EXCEPT FOR
CORRESPONDENCE WITH COURT OFFICIALS


_Paul h Reynolds_
INMATE SIGNATURE                         DATE _____

_David W Welch_
JAILERS SIGNATURE                        DATE 7-16-05

# BOOKING SHEET

Inmate Name _____ Date _____ Time _____

1.     Check One:

_____ This inmate was cooperative in responding to the above questions and allowing me to observe him.

_____ This inmate refused or was unable to cooperate and refused to answer my questions concerning his medical history and/or potential for suicide. Reason for inability:

To Sign anything / Fingerprint or Photo _____

_____

2.     I certify that I have today observed inmate _____, asked him/her the questions listed on the Geneva County Jail's Booking Sheet, and accurately recorded my observation and his/her responses.

_____
Signature of Booking Officer

Date: _____

Time: _____

# Exhibit B

# Motion to Revoke Bond dated June 21, 2005

STATE OF ALABAMA
PETITIONER

**FILED IN OFFICE**

JUN 2 1 2005

*Gail Laye*
CLERK

IN THE CIRCUIT COURT OF
GENEVA COUNTY, AL

VS
PAUL L REYNOLDS
DEFENDANT

CASE NUMBERS
DC-2005-333

## MOTION TO REVOKE BOND

Comes now the District Attorney for Geneva County, Alabama, and moves this Honorable Court to Revoke the Defendants bond, and for reason thereto shows as follows:

1. On March 16, 2005, Paul L Reynolds, was arrested for Possession Marijuana 1st.

2. On June 20, 2005, while out on bond for the above charge, Paul L. Reynolds, was arrested for Harassment, Menacing, Escape 3rd, Theft of Property 3rd, and Resisting Arrest.

For the above stated reasons the State of Alabama through the District Attorney's Office hereby request the defendants bond be revoked for committing a new offenses while out on bond.

Done and dated this the 21st day of _June_, 2005.

_____
Al Danner
Assistant District Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion has been placed in the mail box of Michael Hughes Attorney at Law in the Geneva County Clerks office, Geneva, AL.

## ORDER

The foregoing motion to revoke bond has been presented to the court. Based on the foregoing, the court is of the opinion it should be set for hearing the 2nd day of _August_, 2005, at 9:00 A.M.. Defendant is to be held without bond until said hearing.

*Charles W Fleming*
Judge

**FILED IN OFFICE**

JUN 2 1 2005

*Gail Laye*

# Exhibit C

# Affidavit of Greg Ward

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| PAUL LAWRENCE REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v.      . | ) | Civil Action No.  1:05-cv-666-MHT-SRW |
| | ) | |
| GENEVA COUNTY JAIL, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF GREG WARD

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF GENEVA | ) |

BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Greg Ward, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.      My name is Greg Ward.  I am over the age of nineteen and competent to make this affidavit.

2.      I am the duly elected Sheriff of Geneva County, Alabama.

3.      I am familiar with the Plaintiff due to his being incarcerated in the Geneva County Jail.  I have no personal knowledge of any of the specific allegations that form the basis of Plaintiff's Complaints.

4.      I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.    The Geneva County, Alabama Sheriff's Department operates the Geneva County Jail pursuant to sound policies and procedures which ensure that the rights of all inmates incarcerated therein are respected. Members of the jail staff are trained both in house and at certified training programs and academies regarding all aspects of their jobs, including the administration of medical care to inmates.

6.    It is the policy of the Geneva County, Alabama Sheriff's Department that all inmates confined in the Geneva County Jail be entitled to a level of health care comparable to that available to the citizens in the surrounding community in order that the inmates' physical and emotional well-being may be maintained. All medical care rendered to inmates in the Geneva County Jail is delivered under the direction of a licensed health care practitioner. It is departmental policy that no member of the jail staff, or any other Sheriff's Department employee, may ever summarily or arbitrarily deny an inmate's reasonable request for medical services. All judgments regarding the necessity of medical treatment are left to a licensed health care practitioner.

7.    It is the policy of the Geneva County Sheriff's Department that all inmates incarcerated in the Geneva County Jail be allowed to request health care services at any time. Requests of an emergency nature may be made either verbally or in writing, but all requests for non-emergency care from state or county inmates must be submitted in writing. Members of the jail staff are charged with the responsibility of accepting requests for medical treatment from inmates and taking appropriate action to see that those requests are dealt with in a prompt and appropriate manner. Inmates with non-emergency medical problems are taken to see Dr. O.D. Mitchum in Geneva, Alabama. Inmates who have an emergency medical problem are taken to the Emergency Room for treatment.

2

8.    When a member of the jail staff receives a request for medical treatment from an inmate, it is his or her responsibility to turn that request form over to the responsibility of the on duty jailer or matron.  It is then the on duty jailer or matron's responsibility to make an appointment for the inmate with an appropriate health care provider.  Any doubt as to whether an actual need exists for medical treatment is resolved in favor of the inmate, with medical services being offered.  All requests of an emergency nature are handled immediately.

9.    It is the policy of the Geneva County Sheriff's Department that persons incarcerated in the Geneva County Jail be entitled to safe and accurate dispensation and administration of prescription and nonprescription medication.  All medication prescribed for an inmate by a health care provider during the time of an inmate's incarceration is obtained by the Sheriff's Department and distributed according to the doctor's directions.

10.    If the Plaintiff had been in need of medical care or treatment, he would have received treatment in accordance with the policy and procedures of the Geneva County Jail.

11.    The Geneva County Jail is subject to routine maintenance and repairs on a regular basis by the custodian.  However, oftentimes inmates will purposefully overflow the toilets by stopping the toilet up with objects such as razors or even a toilet brush and then repeatedly flushing the toilet.  In such case, jail staff members will ensure that the toilets are fixed as soon as possible.

12.    I was not aware that Plaintiff allegedly fell while coming out of the shower.

13.    I did not notice that Plaintiff had anything wrong with him, and Plaintiff made no complaints to me regarding his back.

3

14.    I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

_____
GREG WARD

**SWORN TO** and **SUBSCRIBED** before me this _14th_ day of November, 2005.

_____
NOTARY PUBLIC
My Commission Expires: _8/1/09_

4

**Exhibit D**

**Affidavit of Carl Rowe**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

PAUL LAWRENCE REYNOLDS,    )
                                      )
      Plaintiff,               )
                                        )
v.                                   )    Civil Action No. 1:05-cv-666-MHT-SRW
                                        )
GENEVA COUNTY JAIL, et al.    )
                                        )
      Defendants.           )

## AFFIDAVIT OF CARL ROWE

STATE OF ALABAMA      )
                            )
COUNTY OF GENEVA      )

1.     My name is Carl Rowe. I am over the age of nineteen and competent to make this affidavit.

2.     I am the Jail Administrator for the Geneva County Jail.

3.     I am familiar with the Plaintiff due to his being incarcerated in the Geneva County Jail. I have no personal knowledge of any of the specific allegations that form the basis of Plaintiff's Complaints.

4.     The Geneva County, Alabama Sheriff's Department operates the Geneva County Jail pursuant to sound policies and procedures which ensure that the rights of all inmates incarcerated therein are respected. Members of the jail staff are trained both in house and at certified training programs and academies regarding all aspects of their jobs, including the administration of medical care to inmates.

5.     It is the policy of the Geneva County, Alabama Sheriff's Department that all inmates confined in the Geneva County Jail be entitled to a level of health care comparable to

that available to the citizens in the surrounding community in order that the inmates' physical and emotional well-being may be maintained. All medical care rendered to inmates in the Geneva County Jail is delivered under the direction of a licensed health care practitioner. It is departmental policy that no member of the jail staff, or any other Sheriff's Department employee, may ever summarily or arbitrarily deny an inmate's reasonable request for medical services. All judgments regarding the necessity of medical treatment are left to a licensed health care practitioner

6.      It is the policy of the Geneva County Sheriff's Department that all inmates incarcerated in the Geneva County Jail be allowed to request health care services at any time. Requests of an emergency nature may be made either verbally or in writing, but all requests for non-emergency care from state or county inmates must be submitted in writing. Members of the jail staff are charged with the responsibility of accepting requests for medical treatment from inmates and taking appropriate action to see that those requests are dealt with in a prompt and appropriate manner. Inmates with non-emergency medical problems are taken to see Dr. O.D. Mitchum in Geneva, Alabama. Inmates who have an emergency medical problem are taken to the Emergency Room for treatment.

7.      When a member of the jail staff receives a request for medical treatment from an inmate, it is his or her responsibility to turn that request form over to the responsibility of the on duty jailer or matron. It is then the on duty jailer or matron's responsibility to make an appointment for the inmate with an appropriate health care provider. Any doubt as to whether an actual need exists for medical treatment is resolved in favor of the inmate, with medical services being offered. All requests of an emergency nature are handled immediately.

8.    It is the policy of the Geneva County Sheriff's Department that persons incarcerated in the Geneva County Jail be entitled to safe and accurate dispensation and administration of prescription and nonprescription medication. All medication prescribed for an inmate by a health care provider during the time of an inmate's incarceration is obtained by the Sheriff's Department and distributed according to the doctor's directions.

9.    If the Plaintiff had been in need of medical care or treatment, he would have received treatment in accordance with the policy and procedures of the Geneva County Jail.

10.    Plaintiff has not filed a grievance in regards to the allegations made the basis of his Complaint.

11.    The Geneva County Jail is subject to routine maintenance and repairs on a regular basis by the custodian. However, oftentimes inmates will purposefully overflow the toilets by stopping the toilet up with objects such as razors or even a toilet brush and then repeatedly flushing the toilet. In such case, jail staff members will ensure that the toilets are fixed as soon as possible.

12.    I was not aware that Plaintiff fell while coming out of the shower.

13.    I witnessed the Plaintiff jumping around without any problems after the date and time when he allegedly fell. I did not notice that Plaintiff had anything wrong with him, and Plaintiff made no complaints to me regarding his back.

14.    Internal grievance procedures at the Geneva County Detention Facility are available to all inmates. It is the policy of the Geneva County Detention Facility that inmates are permitted to submit grievances and that each grievance will be acted upon accordingly. Inmates are given an inmate grievance form upon their request to complete and return to a detention center staff member

for any grievance they may have. It is further the policy and procedure of the Geneva County Detention Facility to place each such grievance in the inmate's file for a record of the same.

15. Upon my review of the Plaintiff's inmate file, there is no grievance filed by him concerning the allegations made the basis of Plaintiff's Complaint. Had I received such a grievance, I would have followed procedures and responded to the grievance accordingly. Had the Plaintiff submitted such a grievance, it would have been placed in his inmate file.

16. I certify and state that the documents from Plaintiff's Inmate File and from the General Jail Records provided to the Court which are attached to the Defendants' Special Report are true and correct copies of these records, kept at the Geneva County Jail in the regular course of business. I am the Custodian of these Records.

17. I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

_____
CARL ROWE

SWORN TO and SUBSCRIBED before me this _14_ day of November, 2005.

_____
NOTARY PUBLIC
My Commission Expires: Sept 26 2006

**Exhibit E**

**Affidavit of Donald Weeks**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| PAUL LAWRENCE REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-cv-666-MHT-SRW |
| | ) | |
| GENEVA COUNTY JAIL, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF DONALD WEEKS

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF GENEVA | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Donald Weeks, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.     My name is Donald Weeks. I am over the age of nineteen and competent to make this affidavit.

2.     I am a jailer at the Geneva County Jail and have been for eleven years. Before that I was Assistant Chief of Police in Samson, Alabama for eight years.

3.     I am familiar with the Plaintiff due to his being incarcerated in the Geneva County Jail. I have no personal knowledge of any of the specific allegations that form the basis of Plaintiff's Complaints.

4.     I was not aware that Plaintiff allegedly fell while coming out of the shower.

5. I witnessed the Plaintiff jumping around without any problems after the date and time when he allegedly fell. I did not notice that Plaintiff had anything wrong with him, and Plaintiff made no complaints to me regarding his back.

6. I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

DONALD WEEKS

**SWORN TO** and **SUBSCRIBED** before me this _14th_ day of November, 2005.

NOTARY PUBLIC
My Commission Expires: _Sept 26th 2006_

# Exhibit F

# Affidavit of Amber Paul

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

PAUL LAWRENCE REYNOLDS,    )
                                      )
      Plaintiff,            )
                                       )
v.                                 )    Civil Action No. 1:05-cv-666-MHT-SRW
                                     )
GENEVA COUNTY JAIL, et al.    )
                                     )
      Defendants.        )

## AFFIDAVIT OF AMBER PAUL

STATE OF ALABAMA       )
                          )
COUNTY OF GENEVA     )

BEFORE ME, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Amber Paul, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.    My name is Amber Paul. I am over the age of nineteen and competent to make this affidavit.

2.    I am the Jail Matron at the Geneva County Jail.

3.    I am familiar with the Plaintiff due to his being incarcerated in the Geneva County Jail. I have no personal knowledge of any of the specific allegations that form the basis of Plaintiff's Complaints.

4.    I am responsible for the female inmates and their needs. I do not work with the male inmates except to feed them or answer a knock if the Jailers on duty are too busy.

5.    I do not go in the men's toilet area.

6.     I was never aware that Plaintiff had allegedly slipped on the floor, and Plaintiff never asked me for medical attention.

7.     I witnessed the Plaintiff jumping around without any problems after the date and time when he allegedly fell. I did not notice that Plaintiff had anything wrong with him, and Plaintiff made no complaints to me regarding his back.

8.     I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

AMBER PAUL

SWORN TO and SUBSCRIBED before me this 14th day of November, 2005.

NOTARY PUBLIC
My Commission Expires: Sept 26 2006

# Exhibit G

# Affidavit of Mark Jackson

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

PAUL LAWRENCE REYNOLDS,      )
                             )
        Plaintiff,           )
                             )
v.                           )      Civil Action No. 1:05-cv-666-MHT-SRW
                             )
GENEVA COUNTY JAIL, et al.   )
                             )
        Defendants.          )

### AFFIDAVIT OF MARK JACKSON

STATE OF ALABAMA        )
                        )
COUNTY OF GENEVA        )

  **BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Mark Jackson, who being known to me and being by me first duly sworn on oath deposes and says as follows:

  1. My name is Mark Jackson. I am over the age of nineteen and competent to make this affidavit.

  2. I am a jailer at the Geneva County Jail.

  3. I am familiar with the Plaintiff due to his being incarcerated in the Geneva County Jail. I have no personal knowledge of any of the specific allegations that form the basis of Plaintiff's Complaints.

  4. I was not personally aware that Plaintiff allegedly fell while coming out of the shower.

5.    I witnessed the Plaintiff jumping around without any problems after the date and time when he allegedly fell. I did not notice that Plaintiff had anything wrong with him, and Plaintiff made no complaints to me regarding his back.

6.    I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

_____
MARK JACKSON

**SWORN TO** and **SUBSCRIBED** before me this _11_ day of November, 2005.

_____
NOTARY PUBLIC
My Commission Expires: _Sept 26th 2006_

2

# Exhibit H

# Radio Dispatch Log dated July 11, 2005

RADIO DISPATCH LOG

DATE: 07-11-05

UNITS ON DUTY: T-34, T-39

| TIME | CALL SIGN | SIGNAL | COMMENTS |
|------|-----------|--------|----------|
| 10:45 | T-34 | 10-41 | REPORTS FOR DUTY, RE- |
| | | | LIEVES T-35 OF DUTIES. + |
| | | | (MATRIN) T-39 ON DUTY + |
| 10:56 | T-39 | 10-6 | SECURITY CHECK 1/F 2/F. + |
| 11:15 | T-34 | 10-6 | CONDUCTS SECURITY CHECK. + |
| 12:00 | T-34 | 10-6 | CONDUCTS SECURITY CHECK. + |
| 1:00A | T-34 | 10-6 | CONDUCTS SECURITY CHECK. + |
| 2:00A | T-34 | 10-6 | CONDUCTS SECURITY CHECK. + |
| 3:00A | T-34 | 10-6 | CONDUCTS SECURITY CHECK. + |
| 4:00A | T-34 | 10-6 | PREPS, MEDICATIONS + |
| 4:10A | T-34 | 10-6 | TRUSTEES PREPS, KITCHEN |
| | | | FOR MORNING TRAYS + |
| NOTE: | T-39 | 10-6 | TAKES CALL 07-12-05 @ 2:20A |
| | COVINGTON CO. | | CALLED AND STATED THAT |
| | | | HAD LINDA BRAY IN CUSTODY |
| | | | AND OUR BOOKS SHOW SHE |
| | | | HAS W/C WARRENTS ACTIVE. |
| | | | T-39 PLACED HOLD ON HER |
| | | | SHE ADVISED THEM SOME ONE |
| | | | WOULD CONTACT THEM IN THE AM |
| 5:00A | T-34 | 10-6 | SECURITY CHECK, ALL IS NORMAL + |
| 5:45 | T-39 | 10-6 | HANDS OUT MEDICATIONS + |
| 6:00A | T-39 | 10-6 | HANDS OUT TRAYS + |
| 6:20A | T-31 | 10-41 | REPORTS FOR DUTY TO RELIEVE T-34 |
| 7:00A | T-34 | 10-42 | RELIEVED BY T-31, T-34 OFF DUTY + |

Sign Out Signature of Jailer or Matron: _____   Time: 7:00 AM