IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PAUL LAWRENCE REYNOLDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-cv-666-MHT-SRW |
| ) | |
| GENEVA COUNTY JAIL, et al. ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' ANSWER

COME NOW Greg Ward, Sheriff of Geneva County, Alabama, Carl Rowe, Donald Weeks, Amber Paul, and Mark Jackson, Defendants in the above-styled cause, and answer the Plaintiff's Complaint as follows:

### Answer

The Defendants in this action deny each and every allegation made by the Plaintiff, Paul Lawrence Reynolds, and demand strict proof thereof. The Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

### Affirmative Defenses

1. The Plaintiff's Complaint, separately and severally, fails to state a claim upon which relief may be granted.

2. The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's claims.

3. The Defendants in this matter, in their official capacities, are not liable under § 1983 because they are not "persons" under 42 U.S.C. § 1983.

4. The Plaintiff's claims are barred by the Prison Litigation Reform Act.

5. Defendants plead Eleventh Amendment immunity.

6. Plaintiff fails to allege any affirmative causal link between the alleged acts of Defendants and any alleged constitutional deprivation or Defendants' direct participation in any alleged constitutional violation.

7. Defendants are not liable based upon *Respondeat Superior* theories of liability.

8. Plaintiff had no serious medical need.

9. Defendants were not deliberately indifferent in any respect.

10. The Plaintiff cannot prove a violation of his rights under the United States Constitution.

Respectfully submitted this 14th day of November, 2005.

> s/C. Richard Hill, Jr.
> C. RICHARD HILL, JR. Bar No. HIL045
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  rhill@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 14th day of November, 2005, I have served the foregoing document on the following:

> Paul Lawrence Reynolds
> Geneva County Jail
> P.O. Box 115
> Geneva, AL 36340

by placing a true and correct copy of the foregoing in the U.S. Mail, postage prepaid, on this the 14th day of November, 2005.

> s/C. Richard Hill, Jr.
> OF COUNSEL