IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 JAN -9 A 9: 50

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

12-6-2005

Paul Lawrence Reynolds )
        Plaintiff, )
                    )
                    )
V.                  )
                    )
                    ) Civil Action No. 1:05-cv-666-MHT-SRW
Geneva County Jail, et al. )
        Defendants, )
                    )
                    )
                    )

DEFENDANTS' ANSWER.

①. Plaintiff states at all Time That The relief may be granted.

②. The Defendants are not qualified from inmunity.

③. The Defendants are Liable for The 1983 And The 42 U.S.C.

④. The Plaintiff are not barred by The Prison Litigation Reform Act,

⑤. The Plaintiff do not under Stend Eleventh Amendment/inmunity becouse I do not have access To Law Books.

6. The Plaintiff did not Fails To allege any affirmative causal link between The alleged acts of Defendants and any alleged constitutional deprivation or Defendants' direct participation in any alleged constitutional Violation.

7. Defendants are liable based upon Respondeat Superior Theories of liability.

8. The Plaintiff had serious medical need but was not Treated.

9. Defendants were deliberately indifferent in All respect.

10. The Plaintiff can prove a violation of his rights under The united States Constitution, because I ask That is all I can do in here when you are in Jail you can not do nothing because They will not do nothing To help you. right is right if I was not in The right I would not be doing This it did go down like This I would not be going Through This.

X   Paul Lawrence Reynolds
Geneva county Jail
PO Box 115
Geneva, AL, 36340

CERTIFICAT OF SERVICE

I hereby certify That on This The 14th
day of November,2005 I have Served
The Foregoing document on The Following:


S/C Richard Hill,Jr.
C.RICHARD HILL,Jr. Bar No. HIL045
Attorney For Defendants
WEBB & ELEY, P.C.
2475 Halcyon Poin

by placing a True and correct copy
of The Foregoing in The US mail
postage prepaid on This The 14th day
of November 2005


        Paul Lawrence Reynolds

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED                                    12-6-2005

Paul Lawrence Reynolds )
          Plaintiff,         )
                             )
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT          )
MIDDLE DISTRICT ALA
V.                           ) Civil Action No. 1:05-cv-666-MHT-SRW.
                             )
Geneva County Jail, et al.
     Defendants.            )
                             )
                             )
                             )

## DEFENDANTS' ANSWER

1. Plaintiff States at all Time That The relief may be granted.

2. The Defendants are not qualified from inmunity,

3. The Defendants are Liable For The 1983 and The 42. USC.

4. The Plaintiff are not barred by The Prison Litigation Reform Act.

5. The Plaintiff do not under stand Eleventh Amendment inmunity becoose I do not have access To Law books,

6. The Plaintiff did not fails To allege any affirmative causal link between The alleged acts of Defendants and any alleged constitutional deprivation or Defendants' direct participation in any alleged constitution violation,

(5) Defendants are liable based upon Respondeat Superior Theories of liability.

(6) The plaintiff had Serious medical need but was not Treated.

(7) Defendants were deliberately indifferent in All respect.

(8) The plaintiff can prove a violation of his rights under The United States Constitution, because I ask That is all I can do in here when you are in Jail you can not do nothing because They will not do nothing To help you, right is right, If I was not in The right I would not be doing This it did go down like This or I would not be going Through This.

X  Paul Lawrence Reynolds
   Geneva County Jail
   P.O. Box 115
   Geneva, AL, 36340

   CERTIFICAT OF SERVICE

   I hereby certify That on This The 14th
   day of November 2005 I have Served
   The foregoing document on The following:


   S/c. Richard Hill. Jr
   C. RICHARD HILL, Jr Bar NO. HIL045
   Attorney For Defendants
   WEBB$ ELEY, PC.
   7475 Halcyon Poin

   by placing a True and correct copy
   of The Foregoing in The US mail postage
   prepaid on This The 14th day of
   November 2005.


                    Paul Lawrence Reynolds

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Paul Lawrence Reynolds, )
    Plaintiff, )
             ) Civil Action No. 1:05 CV600 MHT SRW

V. )
             )

GENEVA COUNTY JAIL, et al. )
    Defendants. )
             )

          AFFIDAVIT OF GREG WARD
             )

STATE OF ALABAMA )
COUNTY OF GENEVA )

RECEIVED
12-6-2005
2005 JAN -9 A-0-

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT A

(4) I no That he did Know becouse I Put in a REQUEST
I had SHERIFF I need To go To The doctor
about my back but he did not come and
See me or do noThing about it so he Knowed
about it. he Just did not want To do noThing.
I do not See why he is The SHERIFF
becouse he will not help you when you
need it. That is not right See I no my
right, and I do have a right To go To
The doctor.

(5.) They said That The Jail pursuant To Sound
policies and procedures which ensure That The
rights of all inmates incarcerated Therein are
respected. That is not Tru. They do not do nothing like Th

X    He said That members of The Jail staff are
Trained both in house and at certified
Training programs and academies regarding
all aspects of Their Job, including The
Administration of medical care To inmates.
They do not have certified Training
programs They do not have a certified
nurse if They do I want To see her

(6.) All medical care rendered To inmates in
The I was not delived under The direction
of a licensed health care practitoner.

12-6-2005

①. It is The Policy of The Geneva county
Sheriff Department That all inmates
incarcerated in The Geneva county Jail be
allowed To request health care Services at
any Time They do not do noThing That is
not The Truth what health care They here
not Took me To it I been in here in For a
Long Time and all They do is gave me a
NON-ASPRIN what do That do For you Inmates
with non emergency medical Problems are
Taken To see Dr.OD mitchum in Geneva,
Alabama I have Emegency and medical
problems and They did not Take me To see
him

12-19-2005

And They said That They certfied self of
So why did They gave a mans Shot, and
it was not The right one and he die Sunday
and They did not no That he had die To
The day monday That Let you no That They do
not no have To do There Job, It was a
man who name was Frank——— he die
in here and They did not no The he had
die Sunday and They did not no he did To
The day monday That Let you no That They
do not come back here To see if we
are all right and he Told Them That he
had a medical problems and They did not
Take him To The Dr. OD mitchum, and he
die Today That Let you no That all The Things
They said are not Tru. They do not have
a Certfied nurse here I no That is The Law
To have one here For us. but They don't.

8). he said here It is Then The on duty
~~jailer~~ er or matrons responsibility To
make an appointment For The inmate
with an appropriate health care
provider. I no That They do not do
They Job They do not care about
me or no inmate because if They
did I would have been To The doctor
all I can do is ask Them it is
They Job To get me There. inmate
with medical services being offered
All requests of an emergency
nature are handled immediately.
That is not Tru because if it was
I would have went To it Then and
now They Saill have not did noThing.

9. They did not Take me To The doctor's
all They did was gave me some
nonprescription medication IBuprofen
what do That do They will not do noThing
you can Take 2 of Then at one Time.

(12). I Know That he Knowed That I Fell while coming out of The Shower becouse when I put in REQUEST I put his name on it and I Told him about it but I did not here From him So Then I put in GRIEVANCE

(13). See he said here That he did not notice anything wrong with me becouse he do not come down here The only Time he do come is when it get bad down here and They can not do nothing about it Then They call him TO come That is The only Time we see him. all I can do is put REQUEST in and hop That he come. That is all I can do I'm in Jail what can I do all I can do is ask iF I was out I can go my self but I'm here and They have TO That is The law.

14. I Know For my self That he Statements are not Tru.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

Paul Lawrence Reynolds          12-6-2005
Plantiff,
2000 JAN -9 A P:52

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

V.                    Civil Action, No. 1:05-cv-666-mt-S

GENEVA COUNTY Jail et al.
          Defendants,

                    AFFIDAVIT OF GREG WARD

STATE OF ALABAMA
COUNTY OF GENEVA

④ I no That he did know because I put in a
REQUEST I had SHERIFF I need to go to
The doctor about my back but he did not
come and see me or do noThing about it
So he knowed about it he Just did not
want to do noThing I do not see why
he is The SHERFF because he will not
help you when you need it That is not
right See I no my right and I do have
a right to go to The doctor.

8. he Said here It is Then The on duty
Jaler or matrons responsibility To
make an appointment for The inmate
with an appropriate health care.
provider. I no That They do not do
They Job They do not care about me
or no inmate becouse if They did I
would have been To The doctor all
I can do is ask Them it is They
Job To get me There. inmate. with
medical services being offered All
requests of an emergency nature.
are handled immediately. That
is not Tru becouse if it was I
would have went To it Then and now
They Still have not did noThing.

9. They did not Take me To The doctor's
all They did was gave me some
nonprescription medication IBuPRofen
what do That do They will not do
noThing you can Take 20 of Then at
One Time.

(10). Tell me This what medical care or Treatimant
can The Policy geve you. The Poicy do not
do nothing but come and get you and
Put you in Jail That is all They can do
you no That how can They gave you
medical care or Treatmemt when They
do not have a CertFied nurse here.


(11). He Said inmates will purposeFully over Flow
The Toilets by Stoping The Toilet up with
objects such as razors or even a Toilet
brush and Then repeatedly Flushing The Toilet
how can you Stop up a Toilet with a
Toilet brush That will not go down,
come on now I Know That you no That
is not The Truth and who was The inmates
now do he no That a inmates did it did
he See Them oF yes who are They and
what did he do To Them For doing it,
when it was some Thing raning with
Time To come and FiXs it.

(12) I Know That he Knowed That I Fell while coming out oF The shower becouse when I put in REQUEST I put he name on it and I Told him about it but I did not here From him so Then I put in a GRIEVANCE.

(13) See he said here That he did not notice anyThing wrong with me, becouse he do not come down here The only Time he do come is when it get bad down here and They can not do noThing about it Then They call him To come That is The only Time we see him. all I can do is put REQUEST in and hoip That he come That is all I can do I'm in Jail what can I do all I can do is ask iF I was out I can go my Self. but I'm here and They have To That is The Law

(14) I Know For my Self That he statements are not Tru.

X    Paul Lawrence Reynolds
Geneva county Jail
P.O. Box 115
Geneva, AL, 36340

CERTIFECAT OF SERUICE

I hereby certify That on This The 14th
day of November 2005, I have Served The
Foregoing document on The Following:

S/c. Richard Hill, Jr.
C RICHARD HILL Jr. Bar NO. HIL045
Attorney For Defendants
WEBB $ ELEY, PC.
7425 Halcyon Pointe Drive( 36117)
Post OFFice Box 240409
Montgomery, Alabama 36124.

by placin a True and correct copy of
The foregoing in The us. mail postage
prepaid on This The 14th day of Nouember 2005

Paul Laurence Reynolds.

IN THE UNITED STATES DISTRICT COURT
For THE MIDDLE DISTRICT OF ALABAMA

Paul Lawrence Reynolds                    )
        Plaintiff,                         )
                                           )    RECEIVED  12-6-2005
V.                                         )    2006 JAN -9 A 9 49
                                           )    DEBRA P. HACKETT, CLK
Geneva County Jail, et al,                 )    U.S. DISTRICT COURT
        Defendants,                        )    MIDDLE DISTRICT ALA

                                                1:05-CV666-MHTS

                                                AFFIDAVIT OF CARL Rowe

STATE OF ALABAMA        )
COUNTY OF GENEVA        )


*4. He said That he do not have no personal
knowledge of any of The specific
allegations That form The basis of
plaintiff's complaints, yes he do know
because I Told him about it and I put
in Greivance and he said That if he do
not want To do nothing about it he
will Throw it in The garbage, and
I have some Inmates heard him say
it To,


*I do not Think That They are certified
and if so I would like To File motion
for The discovery For There certification
of There ability.

5) I have been here For 6 months and I have not seeing know licensed health care practitioner come down here who is she.

6. I Filled out Several of Request Form's To go To The doctor, they were one to Carl Rowe Donald Weeks, Mr. Jackson, & to Greg Ward also Mrs. Amber. I never received medical attention from a Liseened Practioner or a DOCTOR. There also was never a response submitted back to me from my request forms.

7 No medical services were offered to me. No Jailer or Matron never responded to me with an answer for medical attention or response for an appointment - to see a Doctor or have I seen a liscened care practitioner about this matter. Request forms were submitted; but were never responded back to me.

(9). I did Tell Them That I was in need
For medical care. but They did not
do noThing TO help me, if I was
not in right I would not be
going Thiuth This.



(8)

(10) I Put a Grievance in on This days
7-11-2005 Time 4:30 pm
7-12-2005 Time 6:05 am
7-14-2005 Time 7:30 pm
7-16-2005 Time 10:00 pm
7-18-2005 Time 11:30 pm
7-20-2005 Time 4:10 am.
Then I Stop ask Them because They was
not doing noThing, about Them grivices
9-4-2005 3:40 pm 9-13-2005 3:00 pm
9-4-2005 12:00 pm 9-16-2005 10:00 am
9-8-2005 8:30 am 9-18-2005 3:30 pm
9-10-2005 8:45 am 9-20-2005 4:30 pm
9-11-2005 11:30 pm 9-22-2005 11:00 pm
9 Time 10:00 7-18-2005 Tim 11:30
2005 3-30 2005

(11). I did not see no stopping The Toilet
up with objects I do not no what made
it do That but it has been doing it for
a Long Time and we ask Them To do
Some Thing about but it Took Them
a Long To come back here To stop it,
They Take There Time down here,
So who was The inmates who did it.

12. He was a aware That I had fell
while coming out of The Shower
because I Told him That I did and
That I had hart my back and he
Said That he will See what he
can do. but he did not do noThing.

13. I no This he do not come back
but when Some one do Some Thing
bad, I Some Inmates That will
Tell you That. I did made Some complaints
To him when I did See him.

14. On all This days I Put Them in.
7-11-2005, 4:30 PM
7-12-2005, 6:05 Am
7-14-2005, 7:30 pm
7-16-2005, 10:00 pm
7-18-2005, 11:30 Am
7-20-2005, 4:10 am
Then I Stop ask Them because They did
not get back with me. Then I Put Some
more in on This days:
9-4-2005 3:40 pm  9-16-2005 10:00 Am
9-6-2005 12:00 pm  9-18-2005 5:30 pm
9-8-2005 8:30 Am  9-20-2005 6:45 pm
9-10-2005 8:45 am  9-22-2005 11:11 pm.
9-11-2005 1:30 pm
9-13-2005 3:26 pm

15. It was one day he come back here
were I'm at in The Jail and it was
Some inmate hard him Say ~~it said~~
if we put in some grievance and
if he do not want To do nothing
about it he will Thier it a way
ore you want me To get There name
I will.

16.

17. What he said are not Tru he did not want
To gave me medical care or Treament.

Paul Lawrence Reynolds.
Geneva County Jail
P.O. Box 115
Geneva, AL 36340

CERTIFICATE OF SERVICE

I hereby certify that on this the 14th
day of November, 2005, I have served
the foregoing document on the following:

S/C. Richard Hill, Jr.
C. RICHARD HILL, JR. Bar No. HIL045
Attorney for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124

by placing a true and correct copy of
the foregoing in the U.S. Mail, postage
prepaid, on this the 14th day of November 2005.

Paul Lawrence Reynolds.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 JAN -3 A 10: 13

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT

12-6-2005

Paul Lawrence Reynolds
        Plaintiffs,

V.                                    ) Civil Action NO.1:05-cv-666-mtT-srw

Geneva County Jail, et al,
        Defendants,

                    AFFIDAVIT OF Carl Rowe

STATE OF ALABAMA
County OF Geneva


(4). He said That he do not have no Personal
knowledge OF any OF The Specific allegations
That Form The basis OF Plaintiff complaints.
Yes he do Know becauss I Told him about
it and I put in Greivance and he said
That if he do not want To do noThing about
it he will Throw it in The garbage, and
I have some Inmates heard him say
it To.

I do not Think That They are certified
and if so I would like To File motion
ForThe discoevry For There certification
OF There ability,

⑤. I have been here for 8 months and I have not seeing know licensed health care practitioner come down here who is she.

⑥. I filled out several of Request Form's To go To The doctor They were one To Carh Rowe, Donald Weeds, mr Jackson, To Greg wand also mrs. Amber, I never recived medical attention From a hiseened Practioner or a Doctor, There also was never a response Submitted back To me From my request Forms,

⑦. No medical Services were Offered To me No Jailer or matron never responded To me with on arswer for medical attention or Response for an appointment To see Docter or have I Seen a liscened care practitioner about This matter Request Forms were Submittedi but were never responded back To me,

⑧

(12). He was a aware That I had Fell while coming out OF The Shower becouse I Told him That I did and That I had hart my back and he Said That he will See what he can do but he did not do noThing.

(13). I no This he do not come back here but when Some one do Some Thing bad I have Some Inmates That will Tell you That I did made Some Complaits To him when I did See him.

(14) on all This days I put Them in
7-11-2005 | 4:30 Pm
7-12-2005 | 6:05 Am
7-14-2005 | 7:30 Pm
7-16-2005 | 10:00 Pm
7-18-2005 | 11:30 Am
7-20-2005 | 4:10 Am

Then I Stop ask Them becouse They did not get back with me Then I put Some more in onThis days.
9-4-2005 3:40 Pm   | 9-16-2005 10:00 Am
9-6-2005 12:00 Pm  | 9-18-2005 5:30 Pm
9-8-2005 8:30 Am   | 9-20-2005 6:45 Pm
9-10-2005 8:45 Am  | 9-22-2005 11:11 Pm
9-11-2005 11:30 Pm
9-13-2005 3:00 Pm

15. It was one day he come back her
were I'm at in The Jail and it was
Some inmate herd him say if we
put in Som grievarce and if he
do not want To do noThing about
it he will Thior it a way if you want
me To get There name I will.

16.

17. What he Said are not Tru he did
nut want To gave me medical
care or Treament.

12-6-2005

Paul Lawrence Reynolds )
   Plaintiff, )
                        )
V. )  Civil Action No. 1:05-cv-666 MHT-SRW.
                        )
GENEVA County Jail et al )
   Defendants. )
                        )
                        )

AFFIDAVIT OF DONALD WEEKS

STATE OF ALABAMA )
COUNTY OF GENEVA )

(4) yes his do Know because I Told him about
it and he said That he will Tell e al Rowel
about it.

(5) That is a lie he did not See me Jumping
around I do not play around in here This
is Jail people sleep on The floor how can
I Jump around in here you can't you need
To come down here and See for your self
and I did made complaints To him about
my back.

Paul Lawrence Reynolds
Geneva county Jail
PO Box 115
Geneva, AL. 36340

CERTIFICAT OF SERVICE

I hereby certify That on This The 14th
day of November 2005 I have Served
The Foregoing document on The Following:


S/c. Richard Hill. Jr
c. RICHARD HILL. Jr Bar No. HIL045
Attorney For Defendants
WEBB & ELEY, PC.
7475 Halcyon Pain

by placing a True and Correct COPY OF
The Foregoing in The US mail Postage
Prepaid on This The 14th day OF
November 2005,


                Paul Lawrence Reynolds.

12-6-2005

Paul Lawrence Reynolds )
    Plaintiff, )
                )
V,             ) Civil Action No. 1:05-cv-666 MHT-SRW
             )
Geneva County Jail et al )
    Defendants, )
               )

### AFFIDAVIT OF DONALD WEEKS

               )
STATE OF ALABAMA )
COUNTY OF GENEVA )

(4), Yes his do know because I Told him about
it and he said That he will Tee cal Rowel
about it,

(5), That is not The Truth he did not see me
Jumping around I do not play around in
here This is Jail people sleep on The Floor
how can I Jump around in here you can't
you need To come down here and see for your
self and I did made complaints To him
about my back.

6. That is not The Truth his Statements is not The Truth See he no That They did not do There Job now he is Tryen To get out of it I do Think That he need a Job here becouse he do not do it.

X  Paul Lawrence Reynolds
Geneva County Jail
PO Box 115
Geneva, AL 36340

CERTIFICATE OF SERVICE

I hereby certify That on This The 14th
day of November 2005 I have Served
The Foregoing document on The Following)


S/C. Richard Hill. Jr
C. RICHARD HILL Jr Bar No. HIL045
Attorney For Defendants
WEBB& ELEY, PC,
2475 Halcyon Poin

by placing a True and correct COPY OF
the Foregoing In The US. mail Postage
prepaid on This The 14th day of November 2005


Paul Lawrence Reynolds

x    Paul Lawrence Reynolds
     Geneva county Jail
     P.O Box 115
     Geneva, AL 36340

CERTIFICATE OF SERVICE

I hereby certify That on This The 14th
day of November, 2005. I have served
The Foregoing document on The Following:


S/c. Richard Hill, Jr.
C.RICHARD HILL, JR. Barno, Hilloys
Attorney for Defendants
WEBB$ ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240484
Montgomery, Alabama 36124

by Placing a True and correct copy of
The Foregoing in The U.S. mail, Postage
prepaid on This The 14th day of November. 2005

                    Paul Lawrence Reynolds.

RECEIVED

2006 JAN -3  A 10: 13

DEBRA P. HACKETT CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

12-6-2005

Exhibit G

Affidavit of mark Jackson.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

12-6-2005

Paul Lawrence Reynolds S.     )
        Plaintiff,             )
                              )
V.                            ) Civil Action No. 1:05-cv-666-MHT-SRW
                              )
Geneva County Jail, et al     )
        Defendants,           )
                              )
                              )
        AFFIDAVIT OF mark Jackson )
                              )
STATE OF ALABAMA              )
County of Geneva              )

④. I Tell him To about it That I Fell come
out of The Shower he Told me To put
in a GRIEVANCE So I did and They did
not call me or do nothing about it.

⑤. Tell me This how can I Jump around in
here and it is people Sleep on The Floor
and They bed is There come on Just
come and See For your Self.
I did made Complaints To him and
The is when he Told me To put in
Some GRIEVANCE So I did,

6, The statements he made are not Tru.
becouse he is Lie about all of This
I no The Truth and That is not it
becouse I been Tell Him That For a
Long Time now

X  Paul Lawrence Reynolds
Geneva County Jail
P.O. Box 115
Geneva AL 36340

CERTIFICAT OF SERVICE

I hereby certify That on This The 14th
day of November 2005 I have Served
The Foregoing document on The Following;

S/c. Richard Hill Jr.
C. RICHARD HILL Jr Bar NO. HIL045
Attorney for Defendants
WEBB & ELEY, PC.
7475 Halcyon pointe Drive (36117)
post office Box 240909
montgomery, Alabama, 36124

by placing a True and correct Copy Of
The Foregoing in The US. mail postage
prepaid on This The 14th day of November 2005

    Paul Laurence Reynolds

12-6-2005

Exhibit G

Affidavit of Mark Jackson

12-6-2005

PAUL Lawrence Reynolds )
   Plaintiff, )
                 )
V.              ) civil Action No. 1:05cv-666-mHTSRW
                 )
GENEVA County JAil, et al )
   Defendants, )
                 )

## AFFIDAVIT OF mark JACKSON

STATE OF ALABAMA )
COUNTY OF Geneva )

(4). I Tell him To About it That I Fell come
out of The shower. he Told me To put in
a GRSeuance so I did and They did
not call me. or do noThing about it

(5). Tell me This how can I Jump around in here
and it is People Sleep on The Floor and
They bed is There come on Just come and
see fer your Self.
I did made complains To him and That is
when he Told me To put in some GRIEUANCE
so I did

(a) The Statements he made are not True
because he is Lie about all of This I no
The Truth and That is not it because
I been Tell him That For a long Time.u,
now.

X  Paul Lawrence Reynolds
Geneva county Jail
PO Box 115
Geneva, AL 36340

CERTIFICAT OF SERVICE

I hereby certify That on This The 14th
day OF November 2005 I have Served
The Foregoing document on The Following:

B/C Richard Hill Jr
G. RICHARD HILL Jr Bar No. HILO45
Attorrey For Defendants
WEBB & ELEY, PC.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240408
montgomery, Alabama 36124

by placing a True and Correct copy OF
The Foregoing in The US. mail postage
prepaid on This The 14th day OF November 200

Paul Lawrence Reynolds